## Commonwealth *v.* Davis, Appellant.

Before **ROSENWALD, J.**

Submitted June 10, 1974. *Nino V. Tinari*, for appellant; *David Richman, Maxine J. Stotland, Mark Sendrow*, and *Steven H. Goldblatt*, Assist-

ant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.